## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SIMON GANG,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action File No.** |
| | : | 1:21-CV-2298 TCB RDC |
| **v.** | : | |
| | : | **Jury Trial Demand** |
| **GENERAL ELECTRIC COMPANY;** | : | |
| **GENERAL ELECTRIC** | : | |
| **INTERNATIONAL, INC.; and GE** | : | |
| **DIGITAL ENERGY INTERNATIONAL** | : | |
| **TECHNOLOGY INC.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## COMPLAINT

**COMES NOW** Plaintiff, Simon Gang ("Plaintiff"), by and through counsel undersigned, hereby submits his Complaint against the Defendants, General Electric Company, General Electric International, Inc., and GE Digital Energy International Technology Inc., (collectively referred to herein as "Defendants" or "GE"), and shows the Court, as follows:

## **Authority**

### **1.**

This cause of action arises under the provisions of 42 U.S.C. § 1981 ("Section 1981"), seeking a remedy for race discrimination and retaliation for speaking out against discriminatory work-related practices in regard to race and national origin. This cause of action also arises under the provisions of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*., (the "ADA"), seeking a remedy for disability-based discrimination and retaliation, all of which occurred during Plaintiff's employment with Defendants.

### **2.**

All jurisdictional prerequisites to the institution of Plaintiff's lawsuit have been fulfilled. Plaintiff filed his initial Charge of Discrimination within 180 days of the discriminatory acts; Plaintiff was issued a Notice of Right to Sue from the EEOC; and, Plaintiff now files this Complaint within 90 days of receipt of said Notice.  Plaintiff's June 18, 2020 EEOC Charge of Discrimination is attached hereto as **Exhibit A.**

## **Parties, Jurisdiction and Venue**

### **3.**

Plaintiff is a resident of the Northern District of Georgia.

**4.**

Defendant, General Electric Company, is a Foreign Profit Corporation, doing business in Georgia, with its principal office located at 5 Necco Street, Boston, Massachusetts 02210.  This Defendant may be served via its registered agent for service of process, C T Corporation System, 289 South Culver Street, Lawrenceville, Georgia 30046-4805.

**5.**

Defendant, General Electric International, Inc., is a Foreign Profit Corporation, doing business in Georgia, with its principal office located at 191 Rosa Parks Road, Cincinnati, Ohio 45202.  This Defendant may be served via its registered agent for service of process, C T Corporation System, 289 South Culver Street, Lawrenceville, Georgia 30046-4805.

**6.**

Defendant, GE Digital Energy International Technology Inc., is a Foreign Profit Corporation, doing business in Georgia, with its principal office located at 4200 Wildwood Parkway, Atlanta, Georgia 30339-8402.  This Defendant may be served via its registered agent for service of process, C T Corporation System, 289 South Culver Street, Lawrenceville, Georgia 30046-4805.

**7.**

Jurisdiction of this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1337.

**8.**

Pursuant to 28 U.S.C. § 1391, venue is appropriate in this judicial district as Defendants conduct business in, and maintain a registered agent in, the Northern District of Georgia.

**<ins>Factual Allegations</ins>**

**9.**

Plaintiff came to the United States when he was 15 years old and finished high school and university here. He graduated in 2014 with a Bachelors in Business from North Carolina State University. He is currently a permanent resident (green card) in the United States and is in the process of obtaining his United States citizenship. He is currently a citizen of the Republic of Korea.

**10.**

Plaintiff is Asian and of South Korean descent. He was hired by Defendants in December of 2017.  His title was Life Cycle Operations Specialist.

**11.**

Plaintiff performed his work well, and was often given work to accomplish which was actually the responsibility of others.

**12.**

Plaintiff was given more work than his coworkers because he is Asian and of Korean descent.

**13.**

Plaintiff complained about this discrimination and being treated differently because of his race and national origin to ombuds, a Human Resources ("HR") investigator, as well as GE's corporate lawyer.

**14.**

Plaintiff was a member of the Lifecycle Operations/Provisioning team at GE. There was a total of three Lifecycle Operations Specialists, including Plaintiff, who were in the same rank/level. Plaintiff was the only Asian person and the other two were African Americans.

**15.**

The other two Lifecycle Operations Specialists' names were Kehinde Ajiboye (Nigerian American) and Casharee Smith (African American). The two African American team members were only given provisioning tasks, which consisted of working with internet providers to get quotes and order internet circuits for GE sites around the world, following up with vendors on statuses and updating Service Now tickets.

**16.**

Plaintiff's Manager, Jeanne Kelley ("Kelley"), started to give Plaintiff extra tasks, including local bill payments for foreign internet circuits, business analysis on cost savings and asset verification, reviewing invoices to find extra savings (work Kelley was assigned to do by the company that she did not want to do), and other teams' extra work, such as billing and finance tasks.

**17.**

The normal provisioning tasks, which was Plaintiff's work duty/description was only 15% to 20% of the work he did; 80% of his work was the extra work given to him by Kelley.

**18.**

When Plaintiff asked Kelley why he was given so much more, burdensome work as compared to his peers on the same level, she told Plaintiff that he got the extra work because he was Asian and she knew that Asians have a much better work ethic than African American/Black people, can finish work much faster while working on much more volume, and are smarter than Black people.

**19.**

Kelley said she expected Plaintiff to do extra work that she gave him with no questions asked. When he complained to her and to HR regarding the extremely

burdensome work she was giving him, which was not in his job title, the HR Manager told Plaintiff that Kelley can add extra job descriptions and that his manager had unlimited authority to do so.

## 20.

Also, when Plaintiff brought up that he was treated differently because he was Asian, HR replied by telling him that he worked faster than the other races and that Asians are smarter, so they should be able to handle much more work and should be able to do it all.

## 21.

Since Plaintiff complained to both HR and his manager, they retaliated by giving him even more extra work and projects which were made up to harass him in the workplace. They also put him on a performance improvement plan, even though his job performance was great.

## 22.

Since Plaintiff was retaliated against for reporting his concerns, he reached out to the company's ombuds team, where they assigned his case to an HR investigator and corporate lawyer.

**23.**

Plaintiff spoke to the HR investigator and the corporate lawyer on many occasions about what was communicated to his manager and HR, and he also wrote several letters about his being discriminated against for being Asian.

**24.**

Despite long phone calls telling them about the discrimination and retaliation, the ombuds/HR investigator/GE legal team decided that Kelley and the HR Manager, Megan Castallo ("Castallo"), did nothing wrong and they told Plaintiff that they found no evidence of racial discrimination.

**25.**

After Plaintiff complained to ombuds/HR investigator/GE legal team, Kelley and Castallo retaliated by adding even more made up projects on top of Plaintiff's already overly burdensome workload and threatened him. Kelley's boss, Steve Murphy, supported these actions, which created an extremely hostile work environment for Plaintiff.

**26.**

In fact, while working for GE and its agents, comments were made about the Plaintiff that show direct evidence of national origin and race discrimination. GE, through its agents, commented:

- Asians are smarter than the other workers on your team, I expect you to do more work than them.

- Asians can handle bigger workloads and can work faster, that is why I am assigning you much more work than your coworkers.

- In referring to Plaintiff's coworker, it was said that he is from Nigeria and not as skilled as Asian workers.

**27.**

Because he is Asian, Plaintiff was given more work than his non-Asian coworkers. Where some of his coworkers simply handled tickets, Plaintiff was expected to handle tickets, as well as asset clean-up, business analysis, and much more.

**28.**

When Plaintiff complained about this discriminatory treatment, he was retaliated against.

**29.**

In January of 2020, Plaintiff advised Kelley that his health was being adversely affected by his workload and that, his doctor had stated that due to work-related stress, Plaintiff had developed high blood pressure ("HBP").

**30.**

Kelley was angered that Plaintiff had solicited the assistance of the Company ombudsman regarding 1) Plaintiff's ever-increasing workload; 2) Kelley turning a deaf ear to Plaintiff's concerns regarding his workload on account of being Asian, and 3) Plaintiff advising the ombudsman that he was being accused of errors which were, in fact, made by Kelley. Consequently, Plaintiff was ostracized and Kelley's hostility toward him was always evident.

**31.**

On January 21, 2020, Kelley placed Plaintiff on a Performance Improvement Plan ("PIP").

**32.**

On February 6, 2020, Kelley refused Plaintiff's request for time off to attend a doctor appointment regarding his HBP.

**33.**

Plaintiff continued to try to perform his duties within the tense and hostile environment Kelley had created, but, on April 8, 2020, Plaintiff was told that he had failed to meet his PIP requirements and Plaintiff was terminated.

## COUNT I
### (National Origin, Race, Color and Ethnicity Hostile Work Environment, Discrimination and Retaliation) (42 U.S.C. Section 1981)

**34.**

Plaintiff incorporates by reference, as though fully set forth herein, the allegations contained in the preceding paragraphs.

**35.**

Defendants created a hostile work environment and discriminated against the Plaintiff because of his race, national origin and ethnicity in violation of 42 U.S.C. § 1981.

**36.**

Defendants retaliated against Plaintiff for engaging in a protected activity, in violation of Section 1981, because he spoke out regarding GE's discriminatory workplace practices and opposed the discriminatory treatment he experienced, as an Asian and Korean, in GE's workplace.

**37.**

After Plaintiff's complaints, Defendants created a retaliatory, hostile work environment, as well as other retaliation, resulting in Plaintiff's eventual termination. Defendants' treatment of Plaintiff would have dissuaded any reasonable worker from making or supporting a charge of discrimination.

**38.**

Defendants willfully, wantonly, and intentionally violated Section 1981, in reckless and callous disregard of Plaintiff's federally protected rights.

## COUNT II
**(Disability Hostile Work Environment, Discrimination and Retaliation - ADA)**

**39.**

Plaintiff incorporates by reference, as though fully set forth herein, the allegations contained in the preceding paragraphs.

**40.**

Defendants discriminated against Plaintiff because he was disabled.

**41.**

In the same month that Plaintiff advised Kelley regarding his HBP, Kelley placed Plaintiff on a PIP.

**42.**

Less than three months after being placed on the PIP, Plaintiff was terminated.

**43.**

After Plaintiff's complaints about disability discrimination, Defendants created a retaliatory hostile work environment, as well as other retaliation, resulting in Plaintiff's eventual termination. Defendants' treatment of Plaintiff

would have dissuaded any reasonable worker from making or supporting a charge of discrimination.

**44.**

Defendants performed the above described discriminatory and retaliatory actions willfully, wantonly, intentionally, and in reckless and callous disregard of Plaintiff's federally protected rights.

**WHEREFORE**, Plaintiff respectfully prays for judgment against the Defendants, as follows:

(a)    That Defendants be ordered to formulate, distribute and implement a written policy which does not discriminate or violate in any manner which is a violation of Section 1981 or the ADA;

(b)    That Defendants be ordered to re-hire, compensate, reimburse and make whole the Plaintiff for all benefits, if any, he would have received had it not been for Defendants' illegal actions;

(c)    That Plaintiff recover compensatory damages for Defendants' willful violations of Section 1981 and the ADA;

(d)    That Plaintiff be awarded compensatory damages to compensate for the humiliation, pain, suffering and stigma associated with discrimination and retaliation;

(e)     That Plaintiff be awarded punitive damages to punish the Defendants for their unlawful actions;

(f)     That Plaintiff recover costs and expenses of litigation including an award of reasonable attorney's fees;

(g)     That Plaintiff recover prejudgment interest;

(h)     That this Court issue a declaratory judgment that the practices complained of are unlawful and void; and

(i)     For such other and further relief as this Court deems just and proper.

## **Jury Demand**

Plaintiff herein demands a trial by jury of all issues in this action.

Dated this 3rd day of June 2021.

**PANKEY & HORLOCK, LLC**


By:  */s/ Larry A. Pankey*
         Larry A. Pankey
         Georgia Bar No. 560725
         ***Attorneys for Plaintiff***

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:  770-670-6250
Facsimile:   770-670-6249
LPankey@PankeyHorlock.com

## <u>CERTIFICATION OF FONT SIZE</u>

Pursuant to Local rule 5.1C of the Local Rules of the United States District Court for the Northern District of Georgia, I, Larry A. Pankey, Esq., of Pankey & Horlock, LLC, attorney for Plaintiff, Simon Gang, hereby certify that the foregoing **Complaint** is typewritten in MS Word using Times New Roman font, fourteen (14) point type.

Dated this 3rd day of June 2021.

**PANKEY & HORLOCK, LLC**

By:   */s/ Larry A. Pankey*
       Larry A. Pankey
       Georgia Bar No. 560725
       ***Attorneys for Plaintiff***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SIMON GANG,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action File No.** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **GENERAL ELECTRIC COMPANY;** | **:** | |
| **GENERAL ELECTRIC** | **:** | |
| **INTERNATIONAL, INC.; and GE** | **:** | |
| **DIGITAL ENERGY INTERNATIONAL** | **:** | |
| **TECHNOLOGY INC.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing

**Complaint** with the Clerk of Court using the CM/ECF system, which will send

notification, via email, of such filing to all counsel of record as follows:

Michael Dubus
**General Electric Company**
Michael.Dubus@GE.com
*Attorneys for Defendants*

-16-

Dated this 3rd day of June 2021.

**PANKEY & HORLOCK, LLC**


By: /s/ *Larry A. Pankey*
       Larry A. Pankey
       Georgia Bar No. 560725
       ***Attorneys for Plaintiff***

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:  770-670-6250
Facsimile:   770-670-6249
LPankey@PankeyHorlock.com

# EXHIBIT A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2020-02882 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Simon Gang** | Cell: 919-534-6047 | |

| Street Address | City, State and ZIP Code |
|---|---|
| | **Buford, Georgia** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **General Electric Company** | 1,000 + | (404) 410-2668 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **3475 Piedmont Road, NE, Atlanta, Georgia 30305-3326** | EEOC ATDO RECEIVED 06/23/2020 | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest **2019**   Latest **04/08/2020**

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the General Electric Company ("GE") in December of 2017. My title was Life Cycle Operations Specialist. I performed my work well, and was often given additional work to accomplish which was the responsibility of others.

II. In January of 2020, I advised my supervisor, Jeanne Kelley ("Kelley"), that my health was being adversely affected by my workload and that, my doctor had stated that due to work-related stress, I had developed high blood pressure. On January 21, 2020, Kelley placed me on a Performance Improvement Plan ("PIP").

III. Kelley was angered that I had solicited the assistance of the Company ombudsman regarding my ever-increasing workload, Kelley turning a deaf ear to my concerns regarding my workload, and my being accused of errors which were, in fact, made by Kelley. I was ostracized and Kelley's hostility toward me was always evident.

IV. On February 6, 2020, Kelly refused my request for time off to attend a doctor appointment.

V. I continued to try to perform my duties within the tense and hostile environment Kelley had created, but, on April 8, 2020, I was told that I had failed to meet my PIP requirements and I was terminated.

I believe I have been discriminated and retaliated against due to my disability, or being perceived as disabled, in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12100 et seq.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 06/18/2020  Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  6-18-2020 |