IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIMON GANG,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC INTERNATIONAL, INC.; and GE DIGITAL ENERGY INTERNATIONAL TECHNOLOGY INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:21-cv-02298-TCB-RDC |

## **FINAL REPORT AND RECOMMENDATION**

Before the Court is the Defendants' Consent Motion to Stay All Proceedings Pending Resolution Via Arbitration (Doc. 3). Defendants represent that Plaintiff has consented to arbitration pursuant to an agreement between the parties, and the parties plan to arbitrate this dispute through the American Arbitration Association. Accordingly, the undersigned **RECOMMENDS** that the Motion be **GRANTED** and this case **STAYED** pending arbitration, with instructions to the Clerk to administratively close this action.

Because the parties intend to arbitrate the entire dispute, all pretrial matters before the Magistrate Judge have been concluded. *See* 28 U.S.C. § 636(b)(1); LR 72.1, NDGa.; Standing Order 18-01 (N.D. Ga. Feb. 12, 2018). Accordingly, the Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

IT IS SO **RECOMMENDED** on this 21st day of September 2021.

_____
REGINA D. CANNON
United States Magistrate Judge