**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **SIMON GANG,** : | |
| : | |
| Plaintiff, : | Civil Action File No. |
| v. : | 1:21-cv-2298-TCB-RDC |
| : | |
| **GENERAL ELECTRIC COMPANY;** : | |
| **GENERAL ELECTRIC** : | |
| **INTERNATIONAL, INC.; and GE** : | |
| **DIGITAL ENERGY INTERNATIONAL** : | |
| **TECHNOLOGY INC.** : | |
| : | |
| Defendants. : | |
| : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Simon Gang, and Defendants, General Electric Company, General Electric International, Inc., and GE Digital Energy International Technology Inc., (the "Parties"), hereby file their Stipulation of Dismissal with Prejudice in the above-entitled action.  The Parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

- 1 -

Respectfully submitted this 9th day of February 2022.

| | |
|---|---|
| */s/ Larry A. Pankey* | */s/ Adonica Plummer* |
| Larry A. Pankey | Adonica Plummer |
| Georgia Bar No. 560752 | Georgia Bar No. 770280 |
| **Pankey & Horlock, LLC** | Jerry H. Walters |
| 1441 Dunwoody Village Parkway | Georgia Bar No. 142028 |
| Suite 200 | **Littler Mendelson, P.C.** |
| Atlanta, Georgia 30338 | **Labor & Employment Law Solutions** |
| Telephone:  770-670-6250 | 3424 Peachtree Road, NE - Suite 1200 |
| Facsimile:   770-670-6249 | Atlanta, Georgia 30326 |
| LPankey@PankeyHorlock.com | Telephone: 404-443-3552 |
| | Mobile:       404-536-2786 |
| ***Attorneys for Plaintiff*** | APlummer@Littler.com |
| | JWalters@Littler.com |
| | |
| | ***Attorneys for Defendants*** |

## CERTIFICATION OF FONT SIZE

Pursuant to Local rule 5.1C of the Local Rules of the United States District Court for the Northern District of Georgia, I, Larry A. Pankey, Esq., of Pankey & Horlock, LLC, attorney for Plaintiff, Simon Gang, hereby certify that the foregoing **Stipulation of Dismissal with Prejudice** is typewritten in MS Word using Times New Roman font, fourteen (14) point type.

Dated this 9th day of February 2022.

                                        **PANKEY & HORLOCK, LLC**

                                        By:  */s/ Larry A. Pankey*
                                                  Larry A. Pankey
                                                  Georgia Bar No. 560725
                                                  ***Attorneys for Plaintiff***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **SIMON GANG,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action File No. |
| v. | : | 1:21-cv-2298-TCB-RDC |
| | : | |
| **GENERAL ELECTRIC COMPANY;** | : | |
| **GENERAL ELECTRIC** | : | |
| **INTERNATIONAL, INC.; and GE** | : | |
| **DIGITAL ENERGY INTERNATIONAL** | : | |
| **TECHNOLOGY INC.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Adonica Plummer
Jerry H. Walters
**Littler Mendelson, P.C.**
**Labor & Employment Law Solutions**
APlummer@Littler.com
JWalters@Littler.com
*Attorneys for Defendants*

Dated this 9th day of February 2022.

                              **PANKEY & HORLOCK, LLC**

                              By:  /s/ *Larry A. Pankey*
                                   Larry A. Pankey
                                   Georgia Bar No. 560725
                                   ***Attorneys for Plaintiff***

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:  770-670-6250
Facsimile:   770-670-6249
LPankey@PankeyHorlock.com